**LACLEDE GAS COMPANY, Appellant,**

v.

**RENEGADE CONSTRUCTION COMPANY, Respondent.**

No. ED 85442.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 15, 2005.

Michael R. Gibbons, Kirkwood, MO, for appellant.

Clinton B. Roberts, Sonya D. Day (co-counsel), Farmington, MO, for respondent.

Before: NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Laclede Gas Company ("Laclede Gas") appeals from a directed verdict, in a court tried case, against it and in favor of Renegade Construction Company ("Renegade") on a claim for damage to its gas line. Laclede Gas claims that it raised a reasonable possibility that Renegade cut the gas line while doing construction, and that the trial court erred in its directed verdict.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).